# UNITED STATES DISTRICT COURT
for the

District of _____

Division

FILED
ASHEVILLE, NC
APR 14 2023
U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Case No. 1:23 cv 101 - MR-WCM
*(to be filled in by the Clerk's Office)*

Mr. Howard Jerome Foster Pro Se
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Asheville Buncombe Community Christian ministry - Andre Arrington - Mr. Alvernz
Tim McElyea
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Mr. Howard Jerome Foster
Address: 310 Sid Sims Rd.
City: Rutherfordton  State: N.C.  Zip Code: 28139
County: Rutherford
Telephone Number: 828-423-4780
E-Mail Address: hfoster_nc@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Asheville Buncombe Community Christian Ministry
Job or Title (if known): Organization
Address: 20 20th St.
City: Asheville  State: N.C.  Zip Code: 28806
County: Buncombe
Telephone Number: 828-259-5300
E-Mail Address (if known): info@abccm.org
[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Andrea Arrington
Job or Title (if known): General Manager
Address: 20 20th St.
City: Asheville  State: N.C.  Zip Code: 28806
County: Buncombe
Telephone Number: 828-259-5300
E-Mail Address (if known): info@abccm.org
[ ] Individual capacity  [X] Official capacity

Defendant No. 3
    Name: Mr. Alveraz
    Job or Title (if known): Director
    Address: 20 20th St.
    Asheville, N.C. 28139
    City / State / Zip Code
    County: Buncombe
    Telephone Number: 828-259-5300
    E-Mail Address (if known): info@abccm.org
    [ ] Individual capacity  [✓] Official capacity

Defendant No. 4
    Name: Tim McElyea
    Job or Title (if known): Director
    Address: 20 20th St.
    Asheville, N.C. 28806
    City / State / Zip Code
    County: Buncombe
    Telephone Number: 828-259-5300
    E-Mail Address (if known): info@abccm.org
    [ ] Individual capacity  [✓] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   [ ] Federal officials (a *Bivens* claim)

   [ ] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

141 Hillside St., Asheville, N.C. at the Costello House

B. What date and approximate time did the events giving rise to your claim(s) occur?

October 12, 2022 on or about 1:00 P.M..

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

During the course of my employment, I was subjected to hostility, harassment, and discrimination on the basis of my religion by Andrea Arrington, Mr. Alveraz, and Tim McElyea, General Manager. Mr. Arrington was unprofessional with me, eliminated my office while others continued to have one, eliminated several of my job duties, and told employees/clients afterwards to come to me to be managed. On or around October 12, 2022 I was discharged for alleged complaints of harassments by clients.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

None

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$20,000,000

These acts caused harm to my financial structure and future plans with Asheville Buncombe Community Christian Ministry and other business endeavors has and is being damaged by this act of discrimination. Also undo stress on my family that have brought about tremendous issues that has harmed my capability to achieve goals and plans set to accomplish major business projects

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 4-12-23

Signature of Plaintiff: *Howard Jerome Foster*
Printed Name of Plaintiff: Howard Jerome Foster

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
    *City*    *State*    *Zip Code*
Telephone Number
E-mail Address