# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| HOWARD JEROME FOSTER, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00101-MR-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| ASHEVILLE BUNCOMBE | ) | |
| COMMUNITY CHRISTIAN MINISTRY, | ) | |
| ANDREA ARRINGTON, FNU ALVERAZ | ) | |
| and TIM MCELYEA, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 9, 2023 Order.

August 9, 2023

Katherine Hord Simon, Clerk
United States District Court